FILED
CLERK, U.S. DISTRICT COURT
4/23/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CHARLETTE DENISE CARPENTER and KANIKA MONA MILLER,<br><br>　　　　Defendants. | CR　2:21-cr-00199-FLA<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1708: Possession of Stolen Mail; 18 U.S.C. § 1029(a)(3): Unlawful Possession of Fifteen or More Unauthorized Access Devices; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |

　　The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 1708, (2)(a)]

[ALL DEFENDANTS]

　　On or about July 16, 2019, in Los Angeles County, within the Central District of California, defendants CHARLETTE DENISE CARPENTER and KANIKA MONA MILLER, each aiding and abetting the other, unlawfully possessed mail matter that had been stolen and taken from the United States Mail, namely, approximately 31 pieces of mail

1

1  addressed to various individuals within Los Angeles County, and at
2  that time and place, defendants CARPENTER and MILLER knew that said
3  mail matter was stolen.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[18 U.S.C. §§ 1029(a)(3), (2)(a)]

[ALL DEFENDANTS]

On or about July 16, 2019, in Los Angeles County, within the Central District of California, defendants CHARLETTE DENISE CARPENTER and KANIKA MONA MILLER, each aiding and abetting the other, knowingly and with intent to defraud, possessed at least 15 unauthorized access devices (as defined in Title 18, United States Code, Sections 1029(e)(1) and (3)), namely, approximately 56 credit card account numbers, debit card account numbers, bank account numbers, and social security numbers belonging to persons other than defendants CARPENTER and MILLER, with said possession affecting interstate and foreign commerce.

COUNT THREE

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[ALL DEFENDANTS]

On or about July 16, 2019, in Los Angeles County, within the Central District of California, defendants CHARLETTE DENISE CARPENTER and KANIKA MONA MILLER, each aiding and abetting the other, knowingly possessed, without lawful authority, a means of identification that defendants CARPENTER and MILLER knew belonged to another person, namely, the name of G.B., during and in relation to the offense of Unlawful Possession of Fifteen or More Unauthorized Access Devices, a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count Two of this Indictment.

A TRUE BILL

/S/
Foreperson

TRACY L. WIKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

MIRI SONG
Assistant United States Attorney
International Narcotics, Money
Laundering, & Racketeering Section